THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD STIEHLER, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH MOORE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.